RECEIVED
OCT 26 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BRITTANY SHENDELL TOUSSAINT, Plaintiff | CIVIL ACTION NO. 1:16-CV-00716 |
| VERSUS | CHIEF JUDGE DRELL |
| SHOE CARNIVAL, INC., ET AL. Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Motion to Remand (Doc. 16) filed by Plaintiff, Brittany Shendell Toussaint ("Toussaint") is GRANTED, and that this lawsuit is hereby REMANDED to the Ninth Judicial District Court in Rapides Parish, Louisiana, for further proceedings.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 26 day of October, 2016.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT